BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, CA SBN 197086
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
Email: michael.cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE ARROYO, | Case No. 1:09-CV-01064-SMS |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due workload considerations. The current due date is February 11, 2010. The new due date will be March 13, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: February 2, 2010            Christenson Law Firm
Robert Decker Christenson

By:    */s/ Robert Decker Christenson*\*
(\* As authorized via email dated February 2, 2010)
ROBERT DECKER CHRISTENSON

Attorneys for Plaintiff

DATE: February 2, 2010            BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By    */s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL FOR DEFENDANT:

JACOB M. MIKOW
Assistant Regional Counsel
U.S. Social Security Administration

## ORDER

IT IS SO ORDERED.

**Dated:   February 4, 2010**         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE