BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, CA SBN 197086
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
Email: michael.cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE ARROYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:09-CV-01064-SMS<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

1  The parties hereby stipulate by counsel, with the Court's approval as indicated by
2  issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to
3  respond to Plaintiff's motion for summary judgment, due workload considerations.  The current
4  due date is February 11, 2010.  The new due date will be March 13, 2010.
5  The parties further stipulate that the Court's Scheduling Order shall be modified
6  accordingly.

7
   DATE: February 2, 2010                    Christenson Law Firm
8                                            Robert Decker Christenson

9                                    By:    */s/ Robert Decker Christenson*\*
                                             (* As authorized via email dated February 2, 2010)
10                                           ROBERT DECKER CHRISTENSON

11                                           Attorneys for Plaintiff

12
   DATE: February 2, 2010                    BENJAMIN B. WAGNER
13                                           United States Attorney
                                             LUCILLE GONZALES MEIS
14                                           Regional Chief Counsel, Region IX
                                             Social Security Administration
15
                                     By     */s/ Michael A. Cabotaje*
16                                           MICHAEL A. CABOTAJE
                                             Special Assistant U.S. Attorney
17
                                             Attorneys for Defendant
18

19  OF COUNSEL FOR DEFENDANT:

20  JACOB M. MIKOW
    Assistant Regional Counsel
21  U.S. Social Security Administration

22

23                                          ORDER

24

25  IT IS SO ORDERED.

26  **Dated:   February 4, 2010**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE
27

28

2