BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, CA SBN 197086
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8984
Facsimile: (415) 744-0134
Email: michael.cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE ARROYO, | Case No. 1:09-CV-01064-SMS |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload considerations and the fact that Defendant's counsel will be out of the office for unexpected training for a week. The current due date is March 13, 2010. The new due date will be April 12, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: March 10, 2010　　　　　　　　　　　Christenson Law Firm
　　　　　　　　　　　　　　　　　　　　　　Robert Decker Christenson

　　　　　　　　　　　　　　　　By:　　*/s/ Robert Decker Christenson*\*
　　　　　　　　　　　　　　　　　　　(\* As authorized via email dated March 10, 2010)
　　　　　　　　　　　　　　　　　　　ROBERT DECKER CHRISTENSON

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATE: March 10, 2010　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　LUCILLE GONZALES MEIS
　　　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　By　　*/s/ Michael A. Cabotaje*
　　　　　　　　　　　　　　　　　　　MICHAEL A. CABOTAJE
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

OF COUNSEL FOR DEFENDANT:

JACOB M. MIKOW
Assistant Regional Counsel, Region IX
U.S. Social Security Administration

## ORDER

**APPROVED AND SO ORDERED.**

Dated:　March 10, 2010　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE