BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, CA SBN 197086
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8984
   Facsimile:  (415) 744-0134
   Email: michael.cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE ARROYO, | Case No. 1:09-CV-01064-SMS |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

1  The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload considerations and the fact that Defendant's counsel will be out of the office for unexpected training for a week. The current due date is March 13, 2010.  The new due date will be April 12, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: March 10, 2010                    Christenson Law Firm
                                        Robert Decker Christenson

                              By:       */s/ Robert Decker Christenson*\*
                                        (* As authorized via email dated March 10, 2010)
                                        ROBERT DECKER CHRISTENSON

                                        Attorneys for Plaintiff


DATE: March 10, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By        */s/ Michael A. Cabotaje*
                                        MICHAEL A. CABOTAJE
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


OF COUNSEL FOR DEFENDANT:

JACOB M. MIKOW
Assistant Regional Counsel, Region IX
U.S. Social Security Administration


                              ORDER

**APPROVED AND SO ORDERED.**

Dated:  March 10, 2010                  /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE