BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE ARROYO, | Case No. 1:09-CV-01064-SMS |
|     Plaintiff, | **STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND SEVEN DOLLARS AND 00/CENTS ($1,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with EAJA.

1  After the Court issues an order for EAJA fees and expenses to Plaintiff, the government
2  will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
3  attorney.  Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the
4  ability to honor the assignment will depend on whether the fees and expenses are subject to any
5  offset allowed under the United States Department of the Treasury's Offset Program.  After the
6  order for EAJA fees and expenses is entered, the government will determine whether they are
7  subject to any offset.
8  Fees and expenses shall be made payable to Plaintiff, but if the Department of the
9  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
10 the payment of fees, expenses and costs to be made directly to Robert D. Christenson, pursuant
11 to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's
12 counsel, Robert D. Christenson.
13 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
14 attorney fees and expenses, and does not constitute an admission of liability on the part of
15 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
16 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
17 EAJA attorney fees and expenses in connection with this action.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                              Respectfully submitted,

                              CHRISTENSON LAW FIRM

Date:   January 4, 2011        */s/ Robert D. Christenson\**
                              ROBERT D. CHRISTENSON (* via email authorization dated January 4, 2011)
                              Attorneys for Plaintiff

                              BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Social Security Administration

Date:   January 4, 2011        By:   */s/Jacob M. Mikow*
                              JACOB M. MIKOW
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**APPROVED AND SO ORDERED.**

**Dated:   January 4, 2011**                /s/ Sandra M. Snyder
                                            **UNITED STATES MAGISTRATE JUDGE**